# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| FRANCISCO CASTILLO and JORGE CASTILLO, | : <br> : |
| Plaintiffs, | : Civil Action Number: |
| vs. | : 1:10-CV-03194-TWT |
| BUILDING CLEANING SOLUTIONS, INC., and AARON HUDSON, | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiffs and Defendants and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), agree to the dismissal with prejudice of this action, with each party to bear their own respective costs.

This the 22nd day of September, 2011.

| SO STIPULATED: | SO STIPULATED: |
|---|---|
| **DELONG, CALDWELL BRIDGERS & FITZPATRICK, LLC** | **T. ROBERT REID, LLC** |
| *s/ Kevin D. Fitzpatrick, Jr.* | *s/ Kenneth N. Winkler* |
| Kevin D. Fitzpatrick, Jr. | Tilden Robert Reid, II |
| Georgia Bar No: 262375 | Georgia Bar No. 600138 |
| | |
| *s/ Charles R. Bridgers* | 1030 Woodstock Road |
| Charles R. Bridgers | Suite 3112 |
| Georgia Bar No. 080791 | Roswell, Georgia 30075 |
| | Telephone (678) 743-1064 |
| 3100 Centennial Tower | Facsimile (404) 549-4136 |
| 101 Marietta Street, N. W. | robreidattorney@gmail.com |
| Atlanta, GA 30303 | |
| (404) 979-3150 | Counsel for Defendants |
| Fax (404) 979-3170 | |
| charlesbridgers@dcbflegal.com | |
| kevin.fitzpatrick@dcbflegal.com | |
| | |
| Counsel for Plaintiffs | |

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **FRANCISCO CASTILLO and JORGE CASTILLO,** : | |
| : | |
| Plaintiffs, : | Civil Action Number: |
| : | |
| vs. : | 1:10-CV-03194-TWT |
| : | |
| **BUILDING CLEANING SOLUTIONS, INC., and AARON HUDSON,** : | |
| : | |
| **Defendants.** : | |

## CERTIFICATE OF COUNSEL

Pursuant to N.D. Ga. R. 7.1, the below signatory attorney certified that this pleading was prepared with times New Roman (14 point), one of the fonts and point selections approved by the Court in local N.D. Ga. R. 5.1 C.

**DELONG, CALDWELL BRIDGERS & FITZPATRICK, LLC**

*s/Kevin D. Fitzpatrick, Jr.*
Kevin D. Fitzpatrick, Jr.
Ga. Bar No. 262375
Counsel for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| FRANCISCO CASTILLO and JORGE CASTILLO, | : : : | |
| Plaintiffs, | : : | Civil Action Number: |
| vs. | : : | 1:10-CV-03194-TWT |
| BUILDING CLEANING SOLUTIONS, INC., and AARON HUDSON, | : : : : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing

**STIPULATION OF DISMISSAL WITH PREJUDICE** using the CM/ECF

system, which will automatically send email notification of such filing to the

following attorneys of record:

Tilden Robert Reid, II
1030 Woodstock Road
Suite 3112
Roswell, Georgia 30075

Respectfully submitted this 22nd day of September, 2011.

**DELONG, CALDWELL BRIDGERS & FITZPATRICK, LLC**

*s/Kevin D. Fitzpatrick, Jr.*
Kevin D. Fitzpatrick, Jr.
Ga. Bar No. 262375
Counsel for Plaintiffs

3100 Centennial Tower
101 Marietta Street, N.W.
Atlanta, GA  30303
(404) 979-3150